**ROGER W. BROWN**
Chapter 7 Trustee
P.O. Box 32967
Phoenix, AZ 85064
(602) 274-4231

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>ANGELICA JOANN FLORES<br><br><br><br>Debtor(s). | Chapter 7<br><br>Case No. 2:09-bk-09295-DPC<br><br>**APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT** |

Roger W. Brown, Trustee, reports that the following check has been issued to the debtor, not presented for payment, and returned as undeliverable and unable to forward.

| CHECK NO. | DATE ISSUED | DEBTOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 101 | 10/12/2021 | ANGELICA JOANN FLORES<br>4836 W NORTHERN AVE<br>GLENDALE, AZ  85301 | $4,745.23 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $4,745.23 to the Clerk of the Court to be deposited in the Registry thereof.

DATED October 19, 2021.

/s/ Roger W. Brown
Roger W. Brown, Trustee