**SO ORDERED.**

**Dated: October 22, 2021**

Daniel P. Collins, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| IN RE: | Chapter 7 |
|---|---|
| ANGELICA JOANN FLORES | Case No 2:09-bk-09295-PHX DPC |
| | **ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT** |
| Debtor. | |

Upon application of the Trustee and good cause appearing,

**IT IS ORDERED** that the Trustee pay over the amount of $4,745.23 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and § 347 of the Code.

_____    _____
Date                                     UNITED STATES BANKRUPTCY JUDGE